FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP 2 5 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | **4:14CR306 AGF** |
| | ) | |
| ERIC HILKENKAMP, | ) | |
| | ) | |
| Defendant. | ) | |

## MISDEMEANOR INFORMATION

The United States Attorney Charges that:

## COUNT 1

On or about January 2, 2014, within the Eastern District of Missouri,

### ERIC HILKENKAMP,

the defendant herein, did knowingly and willfully obstruct and retard the passage of the mail, to

wit: a letter addressed to N.C. from his residence in St. Louis County, Missouri.

In violation of Title 18, United States Code, Section 1701 and 2.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

TRACY L. BERRY
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri    63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

TRACY L. BERRY

Subscribed and sworn to before me this 25th day of September 2014.

CLERK, U.S. DISTRICT COURT

By: 

DEPUTY CLERK

2